Charles McC. Chapman, Respondent, v. Henry R. Wilson and John C. Powers, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the award for services on December twenty-first, January seventh and eighteenth are excessive, unless within twenty days plaintiff stipulate to reduce the judgment to the sum of $954.07, in which event the judgment as modified is affirmed, without costs of this appeal to either party. Woodward, Burr, Thomas and Rich, JJ., concurred; Hirschberg, P. J., dissented.

Sarah R. Cross, Respondent, v. Christian D. Bedrosian, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Annie Dawson, Formerly Annie Samuelson, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Burr and Carr, JJ., dissented.

Mary Egan, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred; Thomas, J., dissented.

Solomon Ellman, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Woodward, Thomas and Rich, JJ., concurred; Hirschberg, P. J., and Jenks, J., dissented.

Thomas Fahey, Appellant, v. New Amsterdam Gas Company, Respondent.— Judgment affirmed, with costs, on the authority of *Fahey* v. *New Amsterdam Gas Co.* (134 App. Div. 611). Jenks, Thomas, Rich and Carr, JJ., concurred; Woodward, J., dissented.

Frank P. Gallagher, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Charles Howard, Respondent, v. Henry A. Fetterolf and Others, Appellants, Impleaded with Edward J. Knauer, Trustee in Bankruptcy of Henry A. Fetterolf, Bankrupt, Defendant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

William H. Hubbell, Appellant, v. Grace F. Snowden, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application of William H. Truesdell, Appellant, for a Peremptory Writ of Mandamus, under Sections 432 and 433 of the Election Law.* Wilbur J. McCoy, Respondent.— Order affirmed, with ten dollars costs and disbursements.— No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.